IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In Re:<br><br>KEMPES JEAN<br>LORI LEE JEAN<br><br><br>        Debtor | Case No.: 20-10883-LSS<br><br>Chapter 7 |
| KEMPES JEAN, *et al*.<br><br>        Plaintiffs<br>v.<br><br>SARI KURLAND, *et al*.<br><br>        Defendants | Adversary No.: 23-00017 |

## MOTION TO WITHDRAW APPEARANCE

Please withdraw the appearance of Shirlie Norris Lake as counsel for Defendants Sari Kurland, Esquire and the Law Offices of Sari Kurland in the above-captioned Adversary Proceeding (No. 23-00017).  Robert M. Gittins has entered his appearance, and he remains counsel for Defendants, Sari Kurland, Esquire and the Law Offices of Sari Kurland together with Eccleston and Wolf, P.C.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| *s/ Shirlie Norris Lake*_____<br>Shirlie Norris Lake (01705)<br>ECCLESTON & WOLF, P.C.<br>Baltimore-Washington Law Center<br>7240 Parkway Drive, 4th Floor<br>Hanover, MD  21076-1378<br>(410) 752-7474 (phone)<br>(410) 752-0611 (fax)<br>E-mail:  lake@ewmd.com<br>*Attorney for Defendants* | *s/ Robert M. Gittins*<br>Robert M. Gittins (28240)<br>ECCLESTON & WOLF, P.C.<br>Baltimore-Washington Law Center<br>7240 Parkway Drive, 4th Floor<br>Hanover, MD  21076-1378<br>(410) 752-7474 (phone)<br>(410) 752-0611 (fax)<br>E-mail:  gittins@ewmd.com<br>*Attorney for Defendants* |

J:\1D112\Motion\Motion to Withdraw App-Lake.docx

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June 2023, a copy of the foregoing was served by the Court's ECF System to all counsel of record.

/s/Shirlie Norris Lake
Shirlie Norris Lake