Entered: July 6th, 2023
Signed: July 6th, 2023
**SO ORDERED**



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **20–10883–LSS**   Chapter: **7**   Adversary No.: **23–00017**

**Kempes Jean and Lori Lee Jean**
Debtors

**Kempes Jean, et al.**
Plaintiff

vs.

**Sari K. Kurland, et al.**
Defendant

## AMENDED ORDER STRIKING APPEARANCE OF COUNSEL FOR
## SARI KURLAND AND THE LAW OFFICES OF SARI KURLAND, PC

Upon consideration of the Motion to Withdraw Appearance filed by Shirlie Norris Lake, and it appearing that counsel has complied with Local Bankruptcy Rule 9010–4, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the appearance of Shirlie Norris Lake, as counsel of record for SARI KURLAND AND THE LAW OFFICES OF SARI KURLAND, PC is hereby stricken.

cc:   Plaintiff

   Attorney for Plaintiff – Thomas O'Toole

   Defendant

   Attorney for Defendant – Shirlie Norris Lake

   Other Counsel – Robert M. Gittins

**End of Order**

01x03 (rev. 05/02/2000) – MichelleRaymond***