Entered: January 31st, 2024
Signed: January 30th, 2024

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re:<br>KEMPES JEAN,<br>LORI LEE JEAN,<br><br>      Debtors. | Case No. 20-10883-LSS<br><br>(Chapter 7) |
| KEMPES JEAN, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>SARI KURLAND, *et al.*,<br><br>      Defendants. | Adv. No. 23-00017 |

ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

Having considered Plaintiffs' and Defendants' joint motion to amend the Court's Scheduling Order, it is by the United States District Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the joint motion is GRANTED; and it is further

ORDERED, that this Court's scheduling order is amended as follows:

1

| | |
|---|---|
| Plaintiffs' Expert Witnesses and Reports | January 27, 2024 |
| Counter-Designation of Expert Witnesses and Reports | March 27, 2024 |
| Discovery to be completed | April 26, 2024 |
| Dispositive motions | June 9, 2024 |
| Exhibit Lists, Exhibits and List of Witnesses to opposing counsel and portions of depositions to be offered by a party in its case in chief | July 25, 2024 |
| Counter-designations under Rule 32(a)(6) | August 8, 2024 |
| Objections to exhibits and list of witnesses | August 23, 2024 |
| Pre-trial statements | August 23, 2024 |
| Pretrial Conference | TBD |
| Trial | TBD |

**END OF ORDER**

**CC**

Thomas O'Toole
Baroody & O'Toole
201 N. Charles Street, Suite 2102
Baltimore, Maryland 21201
totoolelaw@aol.com


Robert M. Gittins
ECCLESTON & WOLF, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD  21076-1378
gittins@ewmd.com