Entered: April 18th, 2024
Signed: April 17th, 2024
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| Kempes Jean and Lori Lee Jean, | * | Case Number: 20-10883-LSS |
| Debtors. | * | (Chapter 7) |
| Kempes Jean, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Adv. Pro. No. 23-00017 |
| Sari Kurland, et al., | * | |
| Defendants. | * | |

### ORDER APPOINTING RESOLUTION ADVOCATE

This adversary proceeding having been assigned to the Bankruptcy Dispute Resolution Program of this District, the following is hereby appointed as Resolution Advocate:

> The Honorable Thomas J. Catliota
> United States Bankruptcy Court
> 6500 Cherrywood Lane
> Greenbelt, MD 20770
> (301) 344-3660

This matter concerns the merits of the adversary proceeding.

There are no special instructions from the Court.

All parties are represented by counsel as of the date of this Order. Attorneys for the parties are:

| For Plaintiffs: | For Defendants: |
|---|---|
| Thomas O'Toole | Robert M. Gittins |
| Baroody & O'Toole | Eccleston and Wolf, P.A. |
| 201 N. Charles Street | 7240 Parkway Drive |
| Suite 2102 | 4th Floor |
| Baltimore, MD 21201 | Hanover, MD 21076 |
| (410) 539-8411 | (410) 752-7474 |

The Resolution Advocate is serving on a pro bono basis and will not be compensated.

The Parties are to comply with the provisions of Local Bankruptcy Rule 9019-2. All individual parties, and representatives with authority to negotiate and to settle the matter on behalf of the parties other than individuals, must personally attend the BDRP conference unless excused by the Resolution Advocate for cause. Willful failure to attend the BDRP conference and other violations of this Order may result in the imposition of sanctions by the Court.

The BDRP conference is to be completed by July 31, 2024.

Plaintiffs' Counsel shall mail a copy of this Order to the assigned Resolution Advocate and all parties to the dispute within seven (7) days from the date of this Order.

cc: Plaintiffs
    Plaintiffs' Counsel – Thomas O'Toole
    Defendants
    Defendants' Counsel – Robert M. Gittins

**END OF ORDER**

**Local Bankruptcy Form J-2(b)**