**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt**

| | | |
|---|---|---|
| In re: | * | Case No. 20-10883-LSS |
| Kempes Jean and Lori Lee Jean, | * | Chapter 7 |
| Debtors | * | |
| * * * * * * | * | |
| Kempes Jean, et al., | * | |
| Plaintiffs | * | |
| vs. | * | Adversary No.  23-00017 |
| Sari Kurland, et at., | * | |
| Defendants | * | |
| * * * * * * | * * * * * * * | |

**REPORT OF MEDIATOR ON RESOLUTION OF ADVERSARY PROCEEDING**

On April 18, 2024, the Court entered orders referring the disputes in this adversary proceeding to mediation and appointing the undersigned as the mediator.  ECF 35, 36. The mediator held formal settlement conferences on July 8 and November 1, 2024, and January 16, 2025, and engaged in numerous telephonic conferences with representatives of various parties through February 7, 2025.  Participants included plaintiffs Kempes Jean and Lori Lee Jean and their counsel John Burns, Gary Rosen, the Chapter 7 trustee, and his counsel Frank Mastro, as well as Thomas O'Toole, counsel for the Chapter 7 Trustee and the debtors, defendant Sari Kurland, and defendant's counsel Robert Gittins, and Mr. Rawlings, an insurance company representative.

1

2

Through the settlement conferences, the parties reached a final agreement on all issues. The Chapter 7 trustee is drafting the motion to approve the settlement, and the parties are drafting the settlement agreement.

/s/ Thomas J. Catliota