IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In Re:<br><br>**KEMPES JEAN,**<br>**LORI LEE JEAN**<br><br>*Debtors* | Case No.:  20-10883-LSS<br><br>Chapter 7 |
| **KEMPES JEAN,** *et al*.<br><br>*Plaintiffs*<br>**v.**<br><br>**SARI KURLAND,** *et al*.<br><br>*Defendants* | Adversary No.:  23-00017 |

## LINE REGARDING MOTION FOR EXPEDITED STATUS HEARING

Defendants Sari Kurland, Esq. and the Law Offices of Sari Kurland (collectively, "Defendants"), by and through undersigned counsel, file this Line to inform the Court that Defendants do not object to the remote hearing requested in Plaintiffs' Motion for Expedited Status Hearing on Disposition and Settlement of Adversary Proceeding (ECF No. 51) filed on March 5, 2025, but respectfully request that Plaintiffs' counsel coordinate with Chambers in the scheduling of the hearing given defense counsel's upcoming trial calendar.

Respectfully submitted,

*/s/ Robert M. Gittins*
Robert M. Gittins (28240)

J:\1D112\Plead\Line Regarding Motion for Expedited Status Hearing.docx

ECCLESTON & WOLF, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378
(410) 752-7474 (phone)
(410) 752-0611 (fax)
E-mail: gittins@ewmd.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 6, 2025, a copy of the foregoing Line Regarding Motion for Expedited Status Hearing was served by the Court's ECF System to all counsel of record.

                                                   */s/Robert M. Gittins*
                                                   Robert M. Gittins